

## *United States District Court for the Northern District of Illinois*

Case Number: 16cv2865      Assigned/Issued By: DJ

Judge Name:      Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**  ☐ $400.00   ☐ $46.00   ☐ $5.00
  ☐ IFP   ☐ No Fee   ☐ Other _____
  ☐ $505.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons      ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☑ Wage-Deduction Garnishment Summons      _____

☐ Citation to Discover Assets      _____

☐ Writ _____      (Victim, Against and $ Amount)
  (Type of Writ)

1 Original and 1 copies on 10/02/17 as to _____
  (Date)

DICKLER KAHN SLOWIKOWSKI AND ZAVELL LTD.

**AFFIDAVIT FILED.**

---