UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Sand Capital VI LLC
    Plaintiff/Judgment Creditor,

Marshall N. Dickler and Larry P. Kanar
    Defendants/Judgment Debtors,

Dickler Kahn Slowikowski & Zavell, Ltd.
    Respondent.

No. 16-cv-02865
Hon. Mary M. Rowland

FILED
OCT - 2 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT FOR WAGE DEDUCTION SUMMONS

I, the undersigned, certify under penalties provided by law that the following information is true.

1. I believe Respondent, **Dickler Kahn Slowikowski & Zavell, Ltd,** is indebted to the Judgment Debtor **Marshall N. Dickler** for wages due or to become due.
2. The last known address of the Judgment Debtor is **1334 Woodland Lane, Riverwoods, IL 60015.**
3. I request that a summons issue directed to Respondent.

### CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR

*Note:* Non-Attorneys must also submit a copy of the underlying Judgment or a certification by the Clerk of the Court that entered the Judgment.

1. Judgment in this case was entered on    **July 14, 2017** .
2. Amount of Judgment      $   1,635,637.84
    $
3. Allowable costs previously expended:
    a. Initial filing fee      $   0
    b. Original and alias summons      $   0
    c. Filing and summons costs of prior supplementary proceedings      $   0
4. Filing and summons cost for this garnishment      $   0
5. Interest pursuant to statute      $

6. Total      $
7. *Deduct:* Total amount paid by or on behalf of the Judgment Debtor before this Garnishment      $   0
8. Balance due Judgment Creditor      $   1,635,367.84

Atty. No. 6292848

Name: Jason A. Frye      Signature: _____
                                                 Attorney or Judgment Creditor

Attorney for: Sand Capital VI LLC
Address: 2 N. LaSalle Street, Suite 1700
City/State/Zip: Chicago, IL 60602      Print Name: Jason A. Frye
Telephone: 312-269-8000
FAX: 312-980-0738      (SEE NEXT PAGE)

| | | | |
|---|---|---|---|
| Employer/Agent: | Dickler Kahn Slowikowski & Zavell, Ltd., | Return Date: | 10/10/16 |
| Defendant's Name: | Marshall N. Dickler    S.S. No. XXX-XX- 5492 | Case No.: | 16-cv-2865 |
| Defendant's Address: | 1334 Woodland Lane, Riverwoods, IL 60015 | | |

### CERTIFICATION OF MAILING BY JUDGMENT CREDITOR OR ATTORNEY FOR JUDGMENT CREDITOR

Under penalties as provided by law, I certify that I mailed by regular first-class mail a copy of the Wage Deduction Notice to Defendant at the address shown above on September 28, 2017.

Signature: _____    Name: Jason A. Frye

### INTERROGATORIES/ANSWER TO WAGE DEDUCTION PROCEEDINGS

*Do you pay any money to the Defendant listed above?*  ☐ Yes  ☐ No    If terminated, date _____, _____.
IF YOUR ANSWER IS "NO," GO TO "RESPONDENT CERTIFICATION"
Of the funds paid to the debtor, are any of those funds:
☐ Subject to prior court ordered deduction (including child/spouse support) Case Number, State, County _____
☐ Disability?  ☐ Retirement?  ☐ Otherwise exempt? (Describe

### CALCULATION TO DETERMINE AMOUNT OF WITHHOLDING
(Note: If income varies, withholding must be recalculated for every pay period.)

Do you pay debtor: ☐ Every week  ☐ Every two weeks ☐ Semi-monthly  ☐ Monthly  ☐ Other _____

(A) Gross wages per paycheck minus mandatory contributions to pensions or retirement plan    (A) _____
(B) 15% of (A) =    (B) _____
(C) Enter total FICA, State Tax, Federal Tax and Medicare    (C) _____
(D) Subtract (C) from (A) =    (D) _____
(E) If debtor is paid every week, enter $371.25
If debtor is paid every two weeks, enter $742.50
If debtor is paid semi-monthly, enter $804.37
If debtor is paid monthly, enter $1,608.75
If other, multiply 45 times state minimum wage (currently $8.25) times number of weeks in pay period    (E) _____
(F) Subtract (E) from (D) *(Enclose a negative number in parentheses, e.g., ($50.00))*    (F) _____
IF LINE "F" IS ZERO OR A NEGATIVE NUMBER, DO NOT WITHHOLD ANY WAGES. GO TO "INSTRUCTIONS" BELOW.
(G) Enter the *Lesser* of Line (B) or (F)    (G) _____
(H) Enter Child Support or other Court Ordered Deduction    (H) _____
(I) Subtract (H) from (G) *(Enclose a negative number in parentheses, e.g., ($50.00))*    (I) _____
LINE "I" MUST BE WITHHELD AS OF THE DATE OF SERVICE AND HELD UNTIL FURTHER COURT ORDER.
IF LINE "I" IS ZERO OR A NEGATIVE NUMBER, DO NOT WITHHOLD ANY WAGES. GO TO "INSTRUCTIONS" BELOW.
(J) Subtract Employer's Statutory Fee (2% of line "I"). See 735 ILCS 5/12-814.    (J) _____
(K) Amount to be applied to Judgment    (K) _____

### INSTRUCTIONS
1. Complete the Interrogatories/Answer to Wage Deduction Proceedings.
2. Complete and sign the certification at the bottom of this page.
3. Mail a copy of this *Answer* to the Clerk of the Bankruptcy Court at 219 South Dearborn Street, Chicago, Illinois 60604, and to Plaintiff's attorney and give a copy to the Defendant. To assure timely processing, the *Answer* should be received *at least three days* before the Court Date.
4. You will receive a copy of a Court Order instructing you how to proceed and where to send any withheld funds.

### RESPONDENT CERTIFICATION
Under the penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have either mailed or hand delivered a copy of this completed Interrogatories/Answer to the Clerk, Plaintiff's attorney and Defendant.

Date: _____    Address: _____

Signature of Employer/Agent: _____    Telephone: _____

Print full name clearly: _____    FAX: _____